# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

NO. 03-24-00503-CR
NO. 03-24-00504-CR

**Kyle Blair Doty, Appellant**

**v.**

**The State of Texas, Appellee**

### FROM THE 51ST DISTRICT COURT OF TOM GREEN COUNTY
### NOS. A-20-0254-SA & A-23-0020-SA
### THE HONORABLE CARMEN DUSEK, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Appellant Kyle Blair Doty has moved to dismiss his two appeals. The motions are signed by both Appellant and his attorney. *See* Tex. R. App. P. 42.2(a). We grant the motions and dismiss the appeals. *See id.*

_____

Chari L. Kelly, Justice

Before Justices Triana, Kelly, and Theofanis

Dismissed on Appellant's Motion

Filed: July 17, 2025

Do Not Publish